# WELCH & COMPANY

## *v.*

# CENTRAL SAN CRISTOBAL, INC.

---

San Juan, Equity, No. 940.

FEES FOR STENOGRAPHIC WORK BEFORE THE MASTER.

Practice Before the Master—Not a Precedent.

    1. Whatever has been done upon the practice before the standing master, and not brought to the attention of the court by exception or otherwise, is not binding upon the court, and will be considered upon its merits.

Stenographer's Fees—Copies of Testimony.

    2. The fact that it has been the practice for copies of testimony before the master to be furnished the parties without the order of the

Welch & Co. v. Central San Cristobal.

master is no reason that they be allowed as a proper expense of the hearing. It is a matter for the parties receiving the copies, if chargeable at all.

Master's Report—Not Itemized.

3. Where there are some matters of expense in the master's report which cannot be allowed, but are not so itemized as to be separated, the whole matter will be re-referred to the master to allow or disallow according to the opinion of the court.

Opinion filed December 3, 1914.

_Mr. H. G. Molina_ for complaint.

_Mr. Francis Neagle_ for defendant.

_Mr. Charles Hartzell_ for receiver.

HAMILTON, Judge, delivered the following opinion:

The master reported originally allowing certain charges for stenographic work of John H. Kerr to the amount of $614. He afterwards withdrew his recommendation as to this amount and left it to the decision of the court. Mr. Kerr has filed a petition on the subject himself and the matter came up yesterday.

The court wishes all expenses connected with receiverships or any other administration in this court paid, and paid promptly. At the same time it has to be guided by the law, and wishes to lessen expenses of all kinds so far as it can be done.

1. It was stated in the petition and on the argument that the charges made in this bill are what have been made in a number of other cases for about a year and a half. The court, however,

Welch & Co. v. Central San Cristobal.

could not take that into account. This is the first time it has been raised before the court. Whatever may have been done before the master, or whatever the court may have approved, where there were no exceptions, cannot be a precedent where there is an exception or where the matter is brought to the attention of the court; so this will have to be considered upon its original merits.

2. The main item of expense, as I understand it, is for copies of testimony furnished to counsel of interested parties. It seems that the stenographer had been making copies of the testimony and sending them to the attorneys for the different parties. As there were a good many copies, this makes quite a large item. He was not directed by the master to do that, and, if he was so requested by the counsel, it is their expense. Only what is ordered by the master could be considered a master's expense, and it may not necessarily be true that all that the master directs would be sustained by the court. That is not before me at all, however. Suffice it to say that what was not ordered by the master cannot be allowed by the court. For the guidance of the master, the court will say that copies furnished parties are not an expense of the court. If the parties wish copies, of course, they are entitled to get them, but would have to pay for them themselves. There might be some exceptional case, but nothing appears in this particular case that is exceptional.

3. It is not practicable to pick out of the bill what items are for copies furnished the parties and what are for copies furnished the master on his request. The bill is not itemized in that way; so the whole matter is referred back to the master to allow or disallow in accordance with the foregoing views of the court. And the court would be glad if he would fix, among

other things, some standard as to carbon copies. If he thinks, under the circumstances that prevail here in Porto Rico, that carbon copies should be charged for at the same rate as originals, that is one thing; if he thinks they should be charged for at a lower rate, that is different. I would be glad to have his report on the subject.

The court regrets always having to disallow anything where the work has been fairly performed, which I do not doubt is the case here, but I can only decide a case as it comes up, on the law and the merits.